No. 02–1674. MCCONNELL, UNITED STATES SENATOR, ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1675. NATIONAL RIFLE ASSN. ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1676. FEDERAL ELECTION COMMISSION ET AL. *v.* MCCONNELL, UNITED STATES SENATOR, ET AL.;

No. 02–1702. MCCAIN, UNITED STATES SENATOR, ET AL. *v.* MCCONNELL, UNITED STATES SENATOR, ET AL.;

No. 02–1727. REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1733. NATIONAL RIGHT TO LIFE COMMITTEE, INC., ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1734. AMERICAN CIVIL LIBERTIES UNION *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1740. ADAMS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1747. PAUL, UNITED STATES CONGRESSMAN, ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1753. CALIFORNIA DEMOCRATIC PARTY ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1755. AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.; and

No. 02–1756. CHAMBER OF COMMERCE OF THE UNITED STATES ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. D. C. D. C. [Probable jurisdiction noted, *ante,* p. 911.] Motion for divided argument of plaintiffs in Nos. 02–1674, 02–1727, 02–1733, 02–1734, 02–1753, 02–1755, and 02–1756 granted, except that 60 minutes are allotted for argument on Title I and §213 of the Bipartisan Campaign Reform Act of 2002, and 50 minutes are allotted on the remainder of the challenged provisions. Motion of Emily Echols et al. and Barret Austin O'Brock for divided argument granted limited to 10 minutes for plaintiffs. Motions for divided argument of plaintiffs in Nos. 02–1675, 02–1740, and 02–1747 denied. Motion of the Solicitor General for divided argument granted.